UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN - 2 2005

FILED

United States of America

v.  Case No. 04-cr-23-01-SM

William Jesus Gonzales

## O R D E R

Defendant Gonzales' motion to continue the final pretrial conference and trial is granted (document no. 27). Trial has been rescheduled for the July 2005 trial period. Defendant Gonzales shall file a waiver of speedy trial rights not later than June 10, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June 29, 2005 at 1:30 p.m.

**Jury Selection**: July 6, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 2, 2005

cc: Bjorn Lange, Esq.
    Mark Zuckerman, AUSA
    US Probation
    US Marshal