UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUN 29 2005
FILED

United States of America

v.                               Case No. 04-cr-23-01-SM

William Jesus Gonzalez

## O R D E R

Defendant Gonzalez's motion to continue the final pretrial conference and trial is granted (document 30). Trial has been rescheduled for the September 2005 trial period. Defendant Gonzalez shall file a waiver of speedy trial rights not later than July 8, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 29, 2005 at 9:30 p.m.

**Jury Selection:** September 7, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 27, 2005

cc:   Bjorn Lange, Esq.
      Mark Zuckerman, AUSA
      US Probation
      US Marshal